UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SANTOS JESUS GARCIA-MORALES, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-98-135 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-161-01 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

ORDER

Petitioner, Santos Jesus Garcia-Morales, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by June 24, 1999.

DONE at Brownsville, Texas, this 11th day of May 1999.

John Wm. Black
United States Magistrate Judge