# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS JESUS GARCIA-MORALES, | § | |
| Defendant-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-98-135 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-161 |
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of July 15, 1999 should be adopted and the petition be dismissed. So ordered.

DONE in Brownsville, Texas, on this 30th day of August 1999.

_____
Filemon B. Vela
United States District Judge